**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 24-1165**

―――――――――――

WELAI GRANT,

Plaintiff - Appellant,

v.

BALTIMORE CITY POLICE DEPARTMENT,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge.  (1:21-cv-02173-RDB)

―――――――――――

Submitted:  August 27, 2024                    Decided:  August 29, 2024

―――――――――――

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Welai Grant, Appellant Pro Se.  Alexa Erin Ackerman, Assistant County Attorney, BALTIMORE CITY SOLICITOR'S OFFICE, Baltimore, Maryland; Kara Kiminsky Lynch, Michael Patrick Redmond, BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Welai Grant appeals the district court's order granting the Baltimore City Police Department summary judgment on Grant's retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Grant v. Balt. City Police Dep't*, No. 1:21-cv-02173-RDB (D. Md. Feb. 1, 2024).  We deny Grant's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
